

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00376-CR

| | | |
|---|---|---|
| JUAN LOPEZ, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1530589D) |
| V. | § | January 23, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM